FILED
CHARLOTTE, NC

NOV 2 4 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| ORDER FOR SELECTION )<br>OF 2010 GRAND JURORS )<br>FOR CHARLOTTE DIVISION ) | Misc. No. 3:09-mc-205-RJC |

IT IS ORDERED that the Clerk and/or authorized Deputy Clerk draw from the Charlotte master jury wheel 125 names and draw from the Statesville master jury wheel 125 names for the service as 2010 GRAND JURORS for the United States District Court, Western District of North Carolina, Charlotte Division. The first appearance of these Grand Jurors is scheduled for Tuesday, January 19, 2010, at 8:30 o'clock in the forenoon.

When the Grand Jury Panel is selected and sworn, they are to serve for a period of time not to exceed eighteen months, including twelve regular terms of court convening on January 19, 2010; February 16, 2010; March 16, 2010; April 20, 2010; May 18, 2010; June 15, 2010; July 20, 2010; August 17, 2010; September 21, 2010; October 19, 2010; November 16, 2010; and December 14, 2010; and any additional sessions or dates which may be required.

This the 23 day of November, 2009.

Robert J. Conrad, Jr.
Chief United States District Court Judge